1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROGER STOKELY,                          CASE NO. CV-F-03-6144 DLB HC

12              Petitioner,                  ORDER DENYING PETITIONER'S_____
                                            REQUEST FOR CERTIFICATE OF
13       vs.                                 APPEALABILITY

14   JOE McGRATH, Warden,                    [Doc. 41]

15              Respondent.

16   _____/

17       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

18   to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction

19   of the United States Magistrate Judge.

20       On September 20, 2005, the Court denied Petitioner's amended petition for writ of habeas corpus

21   and judgment was entered in favor of Respondent on this date.  On October 20, 2005, Petitioner filed

22   a request for certificate of appealability.

23       The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C.

24   § 2253, which provides as follows:

25        (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
         district judge, the final order shall be subject to review, on appeal, by the court
26       of appeals for the circuit in which the proceeding is held.

27        (b) There shall be no right of appeal from a final order in a proceeding to test the
         validity of a warrant to remove to another district or place for commitment or trial
28       a person charged with a criminal offense against the United States, or to test the

1

1    validity of such person's detention pending removal proceedings.

2       (c)       (1) Unless a circuit justice or judge issues a certificate of appealability, an
                  appeal may not be taken to the court of appeals from–

3

4                      (A) the final order in a habeas corpus proceeding in which the
                       detention complained of arises out of process issued by a State
                       court; or

5

6                      (B) the final order in a proceeding under section 2255.

7                  (2) A certificate of appealability may issue under paragraph (1) only if the
                   applicant has made a substantial showing of the denial of a constitutional right.

8                  (3) The certificate of appealability under paragraph (1) shall indicate which
                   specific issue or issues satisfy the showing required by paragraph (2).

9

10       In the present case, the Court finds that Petitioner has not made the required substantial showing

of the denial of a constitutional right.  Accordingly, Petitioner's request for a certificate of appealability

11   is DENIED.

12       IT IS SO ORDERED.

13       **Dated:   October 27, 2005**              _____**/s/ Dennis L. Beck**_____

14   3b142a                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2